AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Sandra Lee Hodges

Case: 1:24-mj-00031
Assigned To : Judge Moxila A. Upadhyaya
Assign. Date : 1/26/2024
Description: COMPLAINT W/ARREST WARRANT

Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)     Sandra Lee Hodges

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building.

Date: 01/26/2024

*Issuing officer's signature*

City and state:  Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 1/26/2024, and the person was arrested on (date) 2/1/2024
at (city and state) HERTFORD, NC

Date: 2/1/2024

*Arresting officer's signature*

CHRISTOPHER A. HEALES
*Printed name and title*

# - MINUTES -
# INITIAL APPEARANCE PROCEEDINGS
# RULE 5- DC District Court Charges

Date: 2/1/2024

Court Convenes: 11:05 am

Location: Greenville – Main

Proceedings Recorded: FTR Gold (M:\GRE\2024\Feb)

Hearing Time: 11:24 – 12:08 pm

<u>COURT OFFICERS</u>
Presiding Judge: Kimberly Swank
Deputy Clerk: Shelia Foell
USPO: Michael Dilda
For USA: Logan Liles
For Deft: Diana Pereira

## USA v. Sandra Hodges
## Case No: 2:24-MJ-1007

- Defendant advised of rights, charges, and penalties
- CJA 23 completed
- Public Defender appointed in the court's discretion
- Defendant waives her Identity Hearing
- Defendant released under Pretrial Supervision – **next appear in the District of Columbia District Court on 2/13/24, 12:30 pm – VIA ZOOM** (link information provided to counsel and the defendant)
- Defendant released from custody following this hearing.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO.: 2:24-MJ-1007-KS

FILED IN OPEN COURT
ON 2-1-2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| SANDRA HODGES | ) | |

Defendant having demonstrated eligibility for appointment of counsel at government expense, the Federal Public Defender is directed to provide representation in this action.

The court further determines that the defendant is unable to pay the fees of any witness, and pursuant to Federal Rule of Criminal Procedure 17(b), the Clerk shall issue a subpoena for any witness necessary to present an adequate defense to the pending charge or charges.

It is FURTHER ORDERED that the United States Marshal shall serve any subpoena presented to him in this case by the office of the Federal Public Defender, and shall pay the appropriate fees and expenses to witnesses so subpoenaed, in accordance with Fed. R. Crim. P. 17(b).

SO ORDERED this the 1st day of February, 2023.

_____
KIMBERLY A. SWANK
UNITED STATES MAGISTRATE JUDGE

AO 466A (SWANK Rev. 11/20) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

FILED IN OPEN COURT
ON 2-1-2024
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC /SDF

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:24-MJ-1007 |
| SANDRA HODGES | ) | Charging District's Case No. 1:24-MJ-31 |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARING
(Criminal Complaint)

I understand that I have been charged in another district, the *(name of other court)* District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) ~~a preliminary hearing to determine whether there is probable cause to believe that an offense has been committed, to be held within 14 days of my first appearance if I am in custody and 21 days otherwise, unless I have been indicted beforehand.~~

(5) ~~a hearing on any motion by the government for detention;~~

(6) request a transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to (check all that apply):

[☒] an identity hearing and production of the warrant.

[☐] a preliminary hearing.

[☐] a detention hearing.

[☐] any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 2/1/2024

*Defendant's signature*

*Signature of defendant's attorney*

Diana Pereira
*Printed name of defendant's attorney*

AO 199A (Rev. 06/19) Order Setting Conditions of Release/
(Rev. in ED/NC on 1/2020) Additional Conditions of Release

Page 1 of 4 Pages

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) |
| v. | ) |
| | ) Case No. 2:24-MJ-1007-KS |
| SANDRA HODGES | ) |
| *Defendant* | ) |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: US DISTRICT COURT
*Place*

E. BARRETT PRETTYMAN US COURTHOUSE, 333 CONSTITUTION AVE., N.W. - VIA ZOOM APPEARANCE

on 2/13/2024 12:30 pm
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                 Page __2__ of __4__ Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

    IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
    Person or organization _____
    Address *(only if above is an organization)* _____
    City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

    Signed: _____  _____
                          *Custodian*            *Date*

( ☒ ) (7) The defendant must:
    ( ☒ ) (a) submit to supervision by and report for supervision to the  US Probation Office ,
                 telephone number _____ , no later than  2/1/2024  .
    ( ☐ ) (b) continue or actively seek employment.
    ( ☐ ) (c) continue or start an education program.
    ( ☐ ) (d) surrender any passport to: _____
    ( ☐ ) (e) not obtain a passport or other international travel document.
    ( ☒ ) (f) abide by the following restrictions on personal association, residence, or travel:  not travel outside the Eastern District of North Carolina without
              except for court appearances or attorney visits in the District of Columbia and as approved by the US Probation Office
    ( ☐ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
    ( ☐ ) (h) get medical or psychiatric treatment: _____
    ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
    ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
    ( ☒ ) (k) not possess a firearm, destructive device, or other weapon **-See page 3, Section U, if this condition applies**
    ( ☐ ) (l) not use alcohol ( ☐ ) at all ( ☐ ) excessively.
    ( ☐ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
    ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
    ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
    ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
            ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
            ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
            ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
            ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
            **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.

AO 199B (Rev. 12/20) Additional Conditions of Release                                                                                           Page 3 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:
  - ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
  - ( ☐ ) (ii) Voice Recognition; or
  - ( ☐ ) (iii) Radio Frequency; or
  - ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☒ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☐ ) (t) submit to warrantless searches by US Probation of your person, residence (including any third-party custodian's residence), or any vehicle in which you are the passenger or driver of in order to determine whether you are in compliance with the terms and conditions of this Order.

**(X)** (u) There shall be no firearms, destructive devices, or other weapons in defendant's residence, including the residence of any third-party custodian. (see page 2, paragraph k)   .

(X) (v) Not travel outside of the continental US without the approval of the Court.

AO 199C  (Rev. in ED/NC on 6/11/14)  Advice of Penalties                  Page   4   of   4   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

      Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

      While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

      It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

      If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

      A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

      I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Defendant's Signature*

GREENVILLE, NC
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:     2/1/2024

*Judicial Officer's Signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PROBATION OFFICE   U.S. ATTORNEY   U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:24-MJ-1007 |
| | ) | |
| SANDRA LEE HODGES | ) | Charging District: District of Columbia |
| *Defendant* | ) | Charging District's Case No. 1:24-MJ-31 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: US DISTRICT COURT<br>333 CONSTITUTION AVE, NW<br>WASHINGTON, DC | Courtroom No.: VIA ZOOM APPEARANCE ** |
|---|---|
| | Date and Time: 2/13/2024 12:30 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 02/01/2024

*Judge's signature*

KIMBERLY A. SWANK, US MAGISTRATE JUDGE
*Printed name and title*

**VIDEO APPEARANCE LINK AND INSTRUCTIONS PROVIDED TO THE DEFENDANT VIA COUNSEL.

CLOSED

# U.S. District Court
## EASTERN DISTRICT OF NORTH CAROLINA (Northern Division)
## CRIMINAL DOCKET FOR CASE #: 2:24-mj-01007-KS All Defendants

Case title: USA v. Hodges

Date Filed: 01/31/2024

Other court case number: 1:24-MJ-31 District of Columbia

Date Terminated: 02/01/2024

Assigned to: US Magistrate Judge Kimberly A Swank

**Defendant (1)**

**Sandra Lee Hodges**
*TERMINATED: 02/01/2024*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds, 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, 40 U.S.C. § 5104(e)(2)(G) - Parading, Picketing, and Demonstrating in a Capitol Building. | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/31/2024 | | Case sealed as to Sandra Lee Hodges (Foell, S.) (Entered: 01/31/2024) |
| 01/31/2024 | 1 | Rule 5(c)(3) Documents from the District of Columbia as to Sandra Lee Hodges. (Attachments: # 1 Warrant for Arrest, # 2 Warrant for Arrest Page 2 - RESTRICTED, # 3 Order to Seal) (Foell, S.) (Entered: 01/31/2024) |
| 02/01/2024 | | Arrest (Rule 5) of Sandra Lee Hodges. (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | | Case unsealed as to Sandra Lee Hodges (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | | Set Hearing as to Sandra Lee Hodges: Initial Appearance - Rule 40 set for 2/1/2024 at 10:00 AM in Greenville - Courtroom before US Magistrate Judge Kimberly A Swank. (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 2 | Minute Entry for proceedings held before US Magistrate Judge Kimberly A Swank: Initial Appearance in Rule 5 Proceedings as to Sandra Lee Hodges held on 2/1/2024 - Defendant present - Counsel for USA present - Public Defender appointed for today's hearing - Defendant released under pretrial supervision - Defendant to next appear via video appearance on 2/13/24, 12:30 pm, in the District of Columbia District Court (instructions provided) (Court Reporter - FTR Gold) (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 3 | CJA 23 Financial Affidavit by Sandra Lee Hodges (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 4 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Sandra Lee Hodges. Signed by US Magistrate Judge Kimberly A Swank on 2/1/2024. (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 5 | Waiver of Identity Hearing by Sandra Lee Hodges. (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 6 | ORDER Setting Conditions of Release as to Sandra Lee Hodges. Signed by US Magistrate Judge Kimberly A Swank on 2/1/2024. (Foell, S.) (Entered: 02/01/2024) |
| 02/01/2024 | 7 | ORDER Requiring Defendant to Appear and Transferring Bail as to Sandra Lee Hodges. Signed by US Magistrate Judge Kimberly A Swank on 2/1/2024. (Foell, S.) (Entered: 02/02/2024) |
| 02/02/2024 | | Notice of Rule 5 Appearance as to Sandra Lee Hodges, Case number 1:24-MJ-31. Documents can be retrieved from PACER. (Foell, S.) (Entered: 02/02/2024) |